Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Telephone (202) 624-2830
Facsimile (202) 628-5116
Trina Fairley Barlow, Esq.

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| DATI KATAM ARMA, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Civil Action No: 14-cv-3113 |
| LANDUNG PRAKOSO and<br>LANNY GUNAWAN, | )<br>) Judge: George J. Hazel |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Dati Katam Arma, though undersigned counsel, hereby gives notice that the above-captioned case is voluntarily dismissed. Defendants have not filed an Answer or Motion for Summary Judgment in response to Plaintiff's Complaint, thereby allowing Plaintiff to dismiss this action voluntarily, as of right, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 8, 2015

Respectfully Submitted,

*/s/ Trina Fairley Barlow*
Trina Fairley Barlow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Telephone (202) 624-2830
Facsimile (202) 628-5116